Filed 9/19/16  P. v. Lamb CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.111.5.**

### IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### SECOND APPELLATE DISTRICT

### DIVISION SIX

THE PEOPLE,

    Plaintiff and Respondent,

v.

EBONY N. LAMB,

    Defendant and Appellant.

2d Crim. No. B270648
(Super. Ct. No. BA334046)
(Los Angeles County)

Ebony N. Lamb appeals a February 25, 2016 order revoking and terminating probation, and ordering her to serve a four-year state prison previously imposed in 2008.  (Pen. Code, § 1203.3.)[1]

We appointed counsel to represent appellant in this appeal.  After counsel's examination of the record, he filed an opening brief in which no issues were raised.

On August 24, 2016, we advised appellant that she had 30 days within which to personally submit any contentions or issues she wished us to consider.  On September 7, 2016, appellant responded by letter stating, among other things, that she was denied effective assistance of trial counsel and refused to testify against the person who committed the robbery because she feared gang retaliation.

The record reflects that appellant was convicted by jury in 2008 of second degree robbery (§ 211) and a firearm enhancement (§12022, subd. (a)(1)).  The trial court

---

[1]    All statutory references are to the Penal Code.

sentenced appellant to four years state prison, suspended execution of sentence, and granted appellant three years probation with 180 days county jail.

Probation was revoked and reinstated once in 2010, four times in 2011, and once in 2013. In 2014, a bench warrant was issued after appellant failed to appear. In January 2016, appellant was arrested on the bench warrant.

On February 25, 2016, the trial court found that appellant violated probation by not reporting to her probation officer, failing to provide an appropriate address, and failure to complete community service with Caltrans. The trial court revoked and terminated probation, ordered appellant to serve the four-year prison sentence previously imposed, and ordered appellant to pay various fines and fees.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


YEGAN, J.

We concur:


GILBERT, P. J.


TANGEMAN, J.

2

Henry J. Hall, Judge

Superior Court County of Los Angeles

_____


Joseph R. Escobosa, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Respondent.